

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Lillian Smith, Appellant

No. 06-18-00093-CV          v.

Swede Hill Lofts Homeowners Association, Inc., Appellee

Appeal from the 353rd District Court of Travis County, Texas (Tr. Ct. No. D-1-GN-12-001420). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Lillian Smith, pay all costs of this appeal.

RENDERED JULY 17, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk